AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Cooke, Marcia G | **2. Court or Organization**<br><br>USDC So. District of Florida | **3. Date of Report**<br><br>06/13/2006 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br>01/01/2005<br>to<br>12/31/2005 |
| **7. Chambers or Office Address**<br><br>301 North Miami Avenue<br>6th Floor<br>Miami, Florida 33128-7784 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of instructions.)

☐ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Miami Federal Credit Union |
| 2. Member | Miami Dade Criminal Justice Council |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of instructions.)

☒ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 15 A 10: 24 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G | 06/13/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

|X| NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

|X| NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

| | NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Yeshiva University Benjamin Cardoza Law School | 1/12-17 - Intensive Trial Advocacy Program Instructor (transportation, food, hotel) |
| 2. | NITA (National Institute of Trial Advocacy) | 8/18-21 - Hofstra University, Hempstead, NY - NE Regional Intensive Trial Advocacy Program Seminar Instructor (transportation, food, hotel) |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G | 06/13/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Washington Mutual Bank | Mortgage on Rental Property | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G | 06/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property-Detroit Michigan | D | Rent | M | W | | | | | |
| 2. Citibank (IRA) | A | Dividend | K | T | | | | | |
| 3. -Fidelity Advisor Technology | | | | | | | | | |
| 4. -Janus Fund Inc. | | | | | | | | | |
| 5. -Putnam International Equity | | | | | Partial Sale | 7/1 | J | | |
| 6. State of Florida Deferred Compensation Plan | A | Dividend | K | T | | | | | |
| 7. -American Funds/Washington Mutual A | | | | | | | | | |
| 8. -Dreyfus Appreciation Fund | | | | | | | | | |
| 9. -Janus Growth & Income Fund | | | | | | | | | |
| 10. Life Insurance (C N A) | A | Dividend | L | T | | | | | |
| 11. Brokerage Account #1 | A | Dividend | J | T | | | | | |
| 12. -Costco Wholesale Corp. | | | | | | | | | |
| 13. -Domino's Pizza, Inc. | | | | | | | | | |
| 14. -Design within Reach, Inc. | | | | | | | | | |
| 15. -General Motors Corp. | | | | | | | | | |
| 16. -Biotech (NASDAQ-Ishares) | | | | | | | | | |
| 17. -Kohls Corp. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G | 06/13/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Miramar Mining Corp. | | | | | | | | | |
| 19. -Microsoft Corp. | | | | | | | | | |
| 20. -Lehman 1-3 Yr Treas Bd Ishares | | | | | | | | | |
| 21. -Target Corp. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII. Investments and Trusts - Line 11 - Brokerage Account #1 was not previously reported because it did not meet either the income or value threshold.

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G | 06/13/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Date  June 14, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

United States District Court
Southern District of Florida
301 North Miami Avenue
Miami, Florida 33128-7784

Chambers of
Marcia G. Cooke
District Judge

(305) 523-5150

July 31, 2006

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

Members of the Committee:

   In accordance with the Committee's July 25, 2006 instructions, I have made corrections to Part VII, page 4, lines 12-17 and page 5, lines 18-21.  Pursuant to the requirements of the Ethics in Government Act of 1978, as amended, I am transmitting the signed original and three copies of my Amended Financial Disclosure Report for the Calendar Year 2005.

   If you need any further information, please do not hesitate to contact me at (305) 523-5150.



MARCIA G. COOKE

MGC/tam
Enclosures

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Yeshiva University Benjamin Cardoza Law School | 1/12-17 - Intensive Trial Advocacy Program Instructor (transportation, food, hotel) |
| 2. NITA (National Institute of Trial Advocacy) | 8/18-21 - Hofstra University, Hempstead, NY - NE Regional Intensive Trial Advocacy Program Seminar Instructor (transportation, food, hotel) |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G | 7/31/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington Mutual Bank | Mortgage on Rental Property | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 7

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G | 7/31/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property-Detroit Michigan | D | Rent | M | W | | | | | |
| 2. Citibank (IRA) | A | Dividend | K | T | | | | | |
| 3. -Fidelity Advisor Technology | | | | | | | | | |
| 4. -Janus Fund Inc. | | | | | | | | | |
| 5. -Putnam International Equity | | | | | Partial Sale | 7/1 | J | | |
| 6. State of Florida Deferred Compensation Plan | A | Dividend | K | T | | | | | |
| 7. -American Funds/Washington Mutual A | | | | | | | | | |
| 8. -Dreyfus Appreciation Fund | | | | | | | | | |
| 9. -Janus Growth & Income Fund | | | | | | | | | |
| 10. Life Insurance (C N A) | A | Dividend | L | T | | | | | |
| 11. Brokerage Account #1 | A | Dividend | J | T | | | | | |
| 12. -Costco Wholesale Corp. | A | Dividend | J | T | | | | | |
| 13. -Domino's Pizza, Inc. | A | Dividend | J | T | | | | | |
| 14. -Design within Reach, Inc. | A | Dividend | J | T | | | | | |
| 15. -General Motors Corp. | A | Dividend | J | T | | | | | |
| 16. -Biotech (NASDAQ-Ishares) | A | Dividend | J | T | | | | | |
| 17. -Kohls Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 6 of 7

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G | 7/31/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII. Investments and Trusts - Line 11 - Brokerage Account #1 was not previously reported because it did not meet either the income or value threshold.

Section VII. Investments and Trusts - Line 11 - This was incorrectly listed as an Aggregate Ownership Arrangement when it should have been listed as a personal brokerage account.

Section VII. Investments and Trusts - Lines 12-17 - As this is a personal brokerage account, each asset is listed in Column A, and the income and value of the asset has now been disclosed in Columns B and C. There have been no purchases or sales of more than $1,000, therefore no disclosures have been made in Column D.

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Marcia G | 7/31/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ██████████████████        Date July 31, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544